**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of July, two thousand and fifteen,

_____

Robert M. Vance,

    Plaintiff - Appellant,

v.

ACCO Brands USA, LLC,

    Defendant - Appellee.

_____

**ORDER**
Docket No: 15-1443

Counsel for APPELLANT Robert M. Vance has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 31, 2015 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before August 31, 2015. The appeal is dismissed effective August 31, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/21/2015