# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of September, two thousand and sixteen.

Before:     Jon O. Newman,
              Ralph K. Winter,
              José A. Cabranes,
                  *Circuit Judges.*

_____

Robert M. Vance,

    Plaintiff - Appellant,

v.

ACCO Brands USA, LLC,

    Defendant - Appellee.
_____

**ORDER**

Docket No. 15-1443

    Appellant moves the Court to recall the mandate and reinstate this appeal, and he requests leave to file an oversized principal brief. Appellee opposes the motions.

    IT IS HEREBY ORDERED that the motions are DENIED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

